Honorable Marina Garcia Marmolejo
1300 Victoria St. Suite 2267
Laredo Texas 78041
Phone 956-726-2209

United States District Court For The
Southern Division Of Texas
U.S. District Court Of Texas

Julian Dominguez
#497927
Plaintiff
VS
State of Texas
Defendants
At. Al.

Plaintiff Original Petition
For Preliminary Injunction

To The Honorable Judge of Said Court:
Now comes the Plaintiff Julian Dominguez #497927, Filing Said Petition Pro Se in the above style Civil Action And the defendant named in Said Petition.
Plaintiff is beseeching this Honorable Court to Grant This Preliminary Injunction.
The Plaintiff intends to show, that time is of the essence because Plaintiff is being exposed to harmful atrocious inhumane practices and used as if Plaintiff were a state project, A Lab Rat, A Human Study, A State Commodity with no sovereignty rights as a human or the fundamental rights of a Human!
(Continue on page two)

PAGE two...

Plaintiff claims that the repeated and continual illegal and unconstitutional practices of Plaintiff being physical and mentally tortured poses SERIOUS RISK to his health and well being and are inconstant with his physical afflictions!!!

The Plaintiff claims he suffers from Chronic HIV and HepC and shingles now!!!

Plaintiff claims the Defendants are unlikely to implement the required changes to stop these illegal and unconstitutional practices, policies, common laws, rules, practices and customary practices without this Courts SPUR!!!!!!!!! A Standard less stringent than those applied of a formal pleading crafted by a lawyer.

In support of the above the Plaintiff will plead the following: That Jurisdiction is conferred upon this Court pursuant to 28 USC 1331, 1343 2201, 42 USC 1983 Declaratory Judgment Act!!!

This District Court is the appropriate VENUE because parts of the events or omissions giving rise to this Court occurred in this Judicial District the Southern District.

### Parties to this Cause of Action

The Plaintiff Julian Dominguez 497927, claims he is an Inmate incarcerated at the Ramsey III Unit also known as T.C. Terrell Unit operated by the State of Texas and the Texas Dept of Criminal Justice.

At all times relevant the Plaintiff has been under the Care and custody of the Texas Dept of Criminal Justice and this subject to all Rules policies procedures and guidelines.

Luri Davis A Defendant is the Executive Director of TDCJ. As such, Ms. Davis, the commanding officer of all

(Continue on page Three)

PAGE THREE

T.D.C.J. Guards, Wardens, Correctional Officers and TDCJ Employees and Contractors!

Plaintiff, Claims Ms. Davis, is responsible for their training, supervision and conduct. Ms. Davis also reviews and approves all T.D.C.J. policies, procedures, rules and guidelines...

Plaintiff claims that the Texas Dept of Criminal Justice are carrying illegal and unconstitutional practices on Plaintiff in violation of Plaintiff's 8th and 14th Amend. and Texas Const. 1 Article Section 13 (30), In the use and operation of cyber surveillance equipped with telecommunication voice data and software data that has the scientific properties to cause atrocious barbaric heinous insidious torture applications in conjunct with the Texas Dept of Directors Information Resources...

Plaintiff claims as a matter of law Ms. Davis, is responsible for protecting the constitutional rights, of all persons within The Texas Dept. of Criminal Justice including state employees and volunteers!!!! At all times described here in Ms. Davis was acting under the color of Texas State law. Plaintiff claims Ms. Davis is being sued in her official capacity!!

The Plaintiff claims the following Wardens and Program Managers of the following units (1) the Ramsey Unit II Unit (2) The Plunsley Unit, The Mark W. Stiles Unit and the Jester III Unit are all responsible for ensuring that constitutional conditions of confinement exist at these units... Any unsafe or dangerous conditions that they lack the authority or the resources to correct, must be reported to a higher authority within TDCJ. As their official duties requires them by state law to do... Are now being sued in their official and individual capacity for failure of duty!!

(Continued on page four)

And violating Plaintiffs 1st 8th and 14th US Constitutions and Plaintiff's Texas Constitutions in torturing Plaintiff physically and mentally.

The Plaintiff claims that the Texas Dept of Criminal Justice is a Defendant and is a State Agency and at all times operated the Ramsey III Unit, Plainsley Unit, Jester III Unit, and the Mark W. Stiles Unit... And are Public facilities with programs and services that Plaintiff qualifies for and TDCJ is a recipient of Federal Funds and is liable for legal and physical and mental damages accrued to Plaintiff.

Plaintiff claims he seeking Prospective Injunction Relief Federal Protection and Custody of Plaintiff.

Plaintiff claims there physical scars numerous scars on Plaintiff the groin, the ankles, shoulder, and his head, that he sustained from the operation and use of a machine, (a computer) equipped with software that caused these injuries. Plaintiff also claims there's the short changing of medications the changing of medications or the denial of medications that caused Plaintiff to suffer physically and mentally.

Plaintiffs claims there are numerous medical documentations that UTMB possesses that will reflect Plaintiff claims and injuries.

The Plaintiff claims the Defendant W. Scott Beanlt, is the Division Director of Information Technology, and is responsible for the operation of and use, the development and direction of development of Information Resources Technologies... Also identified as Software and at one time identified as a commodity in the following state law of Texas V.T.C.A. Texas Government Codes Chapter 2054, Chapter 2111, and 2157.

The Plaintiff claims the Defendant W. Scott Beanlt is Responsible for operation, use, and the development of Information Resources Technologies to be carried out within the state laws federal Constitutions and Texas Constitutions.

Continue on page five

The Plaintiff claims the Defendant W. Scott Brandt is responsible for the physical injuries the Plaintiff has sustain and suffered and is being sued in his official capacity and Individual capacity...

The Plaintiff claims the Defendant Scott Brandt violated Plaintiff's 1st, 8th and 14th U.S. Const. And Texas Const. Rights under Article 1 Section 13 (30).

The Plaintiff claims the Defendant W. Scott Brandt, has willfully neglected to carry out his duty of care in supervising the operation and use of Information Resource Technologies, that the State possesses and claims to possess in Texas Government Codes 2054, 2111, And 2157...

Plaintiff, claims he has been subjected to atrocious torture applications with cyber surveillance equipment equipped with telecommunication apparatus equipment equipped voice data software and other software data that has the scientific properties to cause physical pain and suffering with induced amplified insidious applications... leaving Plaintiff physically and mentally distressed oppressed and repressed and wretched!!

The Plaintiff claims the Defendants, are responsible for all projects implemented and promulgated according to state laws in the Texas Government Codes.

The Plaintiff claims the Defendants in the Texas Dept. of Directors of Information Resources Technology are responsible for training, supervising and monitoring activities of all State Agencies with the State of Texas and reviews and approves all state policies, practices, rules, common laws practices, in the operation and use cyber surveillance equipment equipped with Telecommunication Resource Technologies and the operation use and development of Information Resource Technologies, Software"...

(Continue on page seven)

The Plaintiff Claims and the seven voting members and the ex officios and 14 staff members violated plaintiffs constitutional rights under the 8th Amend and 14th Amend U.S. Const. and under Texas Article 1 Section 13 (30) which forbids cruel and unusual punishment.

The Plaintiff Claims that the Defendants the State of Texas, the Information Technology Division Director W. Scott Brandt, the Texas Dept. of Director Information Resource its seven voting members three ex officio members, the Texas Dept of Public Safety 5 members and staff, the Texas Board of Criminal Justice, the Texas Dept of Criminal Justice it staff, Pardons and Paroles Texas Board of Pardons members and staff, all operate as the Observatory for development harvesting and harnessing of software, data, programming, sensors.

The Plaintiff Claims that the Defendants Named in Plaintiffs petition violated plaintiffs constitutional rights under the 1st 8th and the 14 Amend of the US constitution and under the Texas Constitution Article 1 Section 13 (13) and are responsible for the physical injuries and mental anguish the plaintiff has sustained.

The Plaintiff Claims that the Defendants Named in Plaintiffs petition, violated plaintiffs rights under Federal and State Tort Claims Acts for the physical and mental injuries plaintiff has sustained from the illegal and unconstitutional schemes and practices implemented to obtain, operate, develop, harness and harvest state of the art technologies also identified as Information Resources Technologies software and or commodities in V.T.C.A. Texas Government Codes 2054, 2111 and chapter 2157 in collusion with the private industries and institutions through the enactment of illegal and unconstitutional laws in enacted under V.T.C.A. Texas Government Chapter 2054 and in the Texas Criminal Codes of Procedures Chapter/Article 18, Chapter/Articles 60 and 61.

The Plaintiff Claims that the State of Texas violated its own state laws by implementing illegal schemes and carrying out illegal and unconstitutional schemes practices and policies in experimenting using and studying plaintiff

(Continue on page Eight)

As if he were a Lab Rat a Project in their operation practice development harvessing and harvesting of State of the Technologies/Information Resources Technology in collusion with Private Industries and Institutions.

The Plaintiff claims that the State of Texas does not have the inherented Rights to enact State laws in violation of State and Federal US constitutions nor State or Federal Tort Laws.

The Plaintiff Claims that the State of Texas violated US Federal Constitutions and State constitutions in implementing illegal and unconstitutional schemes State laws to practice experiment and study on Plaintiff without notice consent nor compensations in collusion with the Private Industries.

The Plaintiff Claims that the State of Texas, and the Holy Trinity of Texas... The Governor, the Texas Senate, and the Texas Legislation, intentionally and subjectively enacted Texas Government Codes Chapter 2054 illegally and unconstitutional vaguely never identifying its objectives nor operations in the operation and use of Information Resources Technologies... A deliberate indifference to Plaintiffs constitutional Rights and Federal and State Tort claims Act to implement illegal and unconstitutional schemes to practice develop harness and harvest its advancement of scientific engineering and reengineering state of the Art Technologies to develop harness and harvest new resource technologies also identified as suphunre or commodities in Texas Government Codes Chapters 2054, Chapter 2111 and Chapter 2157 that's carried out in collusion with Private Tech Inc. Private Carriers and At. AL. to implement the practice and operation of cyber surveillance equipment and use and development of Information Resource Technologies.

The Plaintiff claims he has sustain physical injuries and mental anguish because of the operation, use, experiments and studies carried out with Information Resources Technologies by the State of Texas and the Private Industries in carrying out Alpha and Beta testing on Plaintiff with State

(Continue on Page Nine)

Page 8

OF THE ART Technologies / Information Resources Technology CYBER SURVEILLANCE equipment.

The Plaintiff claims he was experimental used and studied as if he were a lab rat / A project without notice, consent nor compensation... For the Insidious Barbaric Henious illegal schemes and practices carried out Alpha and Beta Applications.

The Plaintiff claims these OBSERVATORY Institutions the State of Texas and the Private Industries named in Plaintiffs' petition carried out these illegal and unconstitutional practices by stalking Plaintiff for the scientific and methodical implementation and the development of software and Artifical Intelligence through cyber surveillance and information resource Technologies software data applications and manipulation applications... Through the engineering and reengineering of state of the art technology and software and telecommunication applications in violation of the following laws: State and Federal Telecommunication laws, Federal and State Utility laws, Federal and State Trade Commission and Commerce laws / code, the Uniform Commerical Codes, State and Federal Tort laws and any other laws the Plaintiff is entitled to claim for the redress of physical and mental injuries sustain and suffered...

The Plaintiff prays that this Honorable Court enters and grants Plaintiff petition. date April 17, 2020

Respectfully The Plaintiff
Plaintiff Julian Dominguez #497927
The Terrell Unit / Old Ramsey III
1300 FM 655
Rosharon Texas
77583

Granted _____
or
Denied _____
Enter date _____



Juliani Dummmy
Terrell Unit
1300 FM 655
Rosharon, Texas
77583

US Federal Court
The Honorable Marina Garcia Marmolejo
1300 Victoria St Suite 2267
Laredo, Texas
78041